STATE v. BOGLE

No. 307A88.

Case below: 90 N.C. App. 277.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed as to character evidence issue only 28 July 1988.

STATE v. LEAK

No. 295P88.

Case below: 90 N.C. App. 149.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 28 July 1988.

STATE v. PEGUESE

No. 294P88.

Case below: 88 N.C. App. 152.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 28 July 1988.

STATE v. SMITH

No. 163A88.

Case below: 89 N.C. App. 19.

Petition by defendants for writ of supersedeas allowed 14 July 1988 conditioned upon either: (1) original appearance bond remaining in full force and effect, or (2) a new appearance bond being executed in a sum to be set by the Superior Court, Mecklenburg County.

STATE v. TAYLOR

No. 325P88.

Case below: 90 N.C. App. 612.

Petition by defendant for writ of supersedeas and temporary stay denied 14 July 1988. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 July 1988.